# Court of Appeals
# of the State of Georgia

ATLANTA,  June 28, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1769. BYRON GARVIN v. THE STATE.**

A jury found Byron Garvin guilty of armed robbery and attempt to commit armed robbery. On October 8, 1991, the trial court sentenced Garvin to life on the armed robbery count. Since then, Garvin has filed several motions to correct and vacate his sentence. We denied his applications for discretionary appeal from the trial court's denial of those motions. See Case Nos. A03D0313, A07D0046. In February 2017, the trial court denied his most recent motion. Garvin then filed this direct appeal. We, however, lack jurisdiction.

"It is axiomatic that the same issue cannot be relitigated *ad infinitum*." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002). Our rulings in the prior cases before this Court act as res judicata. See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). Thus, Garvin is barred from seeking further judicial review on this issue. See id.; see also *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438)

(2011) (law of the case rule bars successive void sentence appeals). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*   06/28/2018
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*